TRINA A. HIGGINS, United States Attorney (#7349)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: Vernon.stejskal@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. LUIS ALEXANDER CORONADO, Defendant. | Case No. 2:23mj220-DAO COMPLAINT COUNTS 1-3: 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2: Possession of Controlled Substances with Intent to Distribute (1. Methamphetamine, 2. Cocaine, and 3. Heroin) Judge Daphne A. Oberg |

Before Daphne A. Oberg, United States Magistrate Judge for the District of Utah, appears the undersigned, who on oath deposes and says:

### COUNT 1
### 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
### (Possession of Methamphetamine with Intent to Distribute)

On or about March 7, 2023, in the District of Utah,

LUIS ALEXANDER CORONADO,

the defendant herein, did knowingly and intentionally possess with intent to distribute

methamphetamine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C.

§ 812; and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 2
### 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
**(Possession of Cocaine with Intent to Distribute)**

On or about March 7, 2023, in the District of Utah,

LUIS ALEXANDER CORONADO,

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 3
### 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
**(Possession of Heroin with Intent to Distribute)**

On or about March 7, 2023, in the District of Utah,

LUIS ALEXANDER CORONADO,

the defendant herein, did knowingly and intentionally possess with intent to distribute heroin, a Schedule I Controlled Substance, within the meaning of 21 U.S.C. § 812; and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

The elements of Counts 1-4, each a violation of 21 U.S.C. § 841(a)(1), Possession of a Controlled Substance with Intent to Distribute, are:

    a.    The defendant knowingly or intentionally possessed with intent to distribute a controlled substance;

  b.  The substances were in fact methamphetamine, cocaine, (schedule II controlled substances) and heroin (a schedule I controlled substance); and

  c.  The defendant aided and abetted therein.

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

Complainant, Michael Vollmer, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1. Your affiant is an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.  Your affiant has been so employed by the FBI since January of 2019.  Your affiant is currently assigned to the FBI Wasatch Metro Drug Task Force (WMDTF) and is tasked with investigating street gangs and drug trafficking.  Your affiant is familiar with the appearance, packaging, common usage and terminology regarding controlled substances through my training, experience, and observation. Your affiant is familiar with the facts and circumstances alleged in this complaint.

2. During the course of the investigation, agents of the WMDTF sought and obtained court authorized a search warrant to search LUIS ALEXANDER CORONADO's residence in Herriman, Utah, based on a finding of probable cause to believe that he was engaged in drug trafficking.

3. On or about March 7, 2023, WMDTF agents executed the warrant and searched CORONADO's residence. During the search of the residence, agents located and seized approximately 2,363 grams of methamphetamine, 2,208 grams of cocaine, 3,506 grams of heroin, and 41,000 pills containing suspected fentanyl. The methamphetamine, cocaine, and heroin were weighed in their packaging and field tested-positive. The pills were weighed in their packaging and will be tested at a later date.

4. From my training and experience, I know that this amount of methamphetamine, cocaine, heroin, and fentanyl is consistent with distribution as opposed to personal use.

Based on the foregoing information, I respectfully request an arrest warrant be issued for LUIS ALEXANDER CORONADO for violations of 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2, Possession of Controlled Substances with Intent to Distribute.

_____
Michael Vollmer, Affiant
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this 8th day of March 2023.

_____
DAPHNE A. OBERG
United States Magistrate Judge

APPROVED AS TO FORM:

TRINA A. HIGGINS
United States Attorney

/s/ *Vernon Stejskal*

_____
VERNON G. STEJSKAL
Assistant United States Attorney